UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VERLYNIN BUCKLEY                                                                    PLAINTIFF

V.                                      No. 4:22-CV-488-JTR

COREY BAXTER, Jailer,
Lincoln County Detention Center, *et al*.                                       DEFENDANTS

## ORDER

In this § 1983 action, Plaintiff Verlynin Buckley ("Buckley"), is proceeding with failure-to-protect claims against all Defendants. *Doc. 2; Doc. 9*. He sues Defendant Corey Baxter in his individual and official capacities, and Defendants Amanda Rogers and Sheriff Leonard Hogg ("Sheriff Hogg") in their official capacities *only*. *Doc. 9 at 3*.

On May 18, 2023, Defendants filed a Suggestion of Death for Sheriff Hogg.[1] *Doc. 42*. According to the Suggestion of Death and attached obituary, Hogg passed away on May 14, 2023. *Id.; Doc. 42-1*.

Under Rule 25(d) of Federal Rules of Civil Procedure, the current sheriff of Lincoln County, Sheriff Steve Young, is automatically substituted as a party to this action.

---

[1] In his Complaint, Buckley identified Sheriff Hogg as "Leonard Hoggs." Based on the Answer and Suggestion of Death, it is now abundantly clear that the proper spelling of the last name is "Hogg." *See Doc. 15 at 1; Doc. 42; Doc. 42-1*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is direct to remove Sheriff Hogg from the docket sheet.

2. In place of Sheriff Hogg, the following party is substituted: Steve Young, Sheriff, Lincoln County, in his official capacity.

IT IS SO ORDERED this 19th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE