UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VERLYNIN BUCKLEY                                                        PLAINTIFF

V.                           No. 4:22-CV-488-JTR

COREY BAXTER, Jailer,
Lincoln County Detention Center, *et al.*                              DEFENDANTS

## JUDGMENT

Consistent with the Memorandum Opinion and Order entered separately today, this case is dismissed, without prejudice. All relief sought is denied, and the case is closed.

DATED this 30th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE